AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Larry M Sexton JR

Plaintiff

V.

State of DE / H.R.Y.C.I

Defendant(s)

## APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF
## FEES AND AFFIDAVIT

CASE NUMBER:   07 - 539

I, Larry M Sexton JR declare that I am the (check appropriate box)

• ✓ Plaintiff/Movant    • • Other    plaintiff/movant. petitioner

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?   ✓Yes   • •No   (If "No" go to Question 2)



If "YES" state the place of your incarceration   H·R·Y·C·I

Inmate Identification Number (Required):   SBI# 298313

Are you employed at the institution?   NO   Do you receive any payment from the institution?   NO

*Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.   Are you currently employed?      • •No

a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

b.   If the answer is "NO" state the date of your last employment, the amount of your take-home   Date: 10-2006 salary or wages and pay period and the name and address of your last employer.   & 12 an hour. Part time.

3.   In the past 12 twelve months have you received any money from any of the following sources?

a.   Business, profession or other self-employment      ✓ Yes      • • No
b.   Rent payments, interest or dividends      • • Yes      ✓ No
c.   Pensions, annuities or life insurance payments      • • Yes      ✓ No
d.   Disability or workers compensation payments      • • Yes      ✓ No
e.   Gifts or inheritances      • • Yes      ✓ No
f.   Any other sources      ✓ Yes      • • No



If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

① I worked for McDaniels heating/plumbing for 2 days
   in October of 2006,
② my mom sends me 20 to 25 Dollars every 2 weeks
   to buy Hygiene products at commansary.

4.    Do you have any cash or checking or savings accounts?        • • Yes    ⊘No

If "Yes" state the total amount $ _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
      valuable property?
                                                                   • • Yes    No

If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute to their support, OR state NONE if applicable.

      NONE

I declare under penalty of perjury that the above information is true and correct.

9-5-07

DATE

Larry M Sexton Jr.

SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

✻ attatched ✻

**RESIDENT HISTORY REPORT**                                        Page 1 of 1

**HRYCI**
**08/31/07 09:18**
**ST 007 / OPR SJW**

```
SBI           :  298313
Resident Name :  SEXTON, LARRY M
Time Frame    :  01/01/2007 15:17 - 08/31/2007 09:18
```
                                                                07 - 539

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|----|----|-----------|--------|---------|
| 01/03/2007 | 12:01 | Add | 5 | CTN | E19204 | 0.01 | 0.01 |
| 01/08/2007 | 12:08 | Add | 4 | CAR | D61527 | 25.00 | 25.01 |
| 01/22/2007 | 09:29 | Order | 2 | DDT | B151667 | 24.42 | 0.59 |
| 01/23/2007 | 12:42 | Add | 4 | SED | D62334 | 20.00 | 20.59 |
| 01/26/2007 | 11:09 | Rec Payment | 10 | rpate | J8088 | 4.00 | 16.59 |
| 01/29/2007 | 11:47 | Order | 2 | WLH | B152798 | 15.04 | 1.55 |
| 02/01/2007 | 12:29 | Add | 4 | gmw | D62930 | 40.00 | 41.55 |
| 02/02/2007 | 12:50 | Credit | 3 | WLH | C17854 | 15.04 | 56.59 |
| 02/05/2007 | 09:38 | Order | 2 | WLH | B153746 | 15.77 | 40.82 |
| 02/12/2007 | 10:05 | Order | 2 | DDT | B154711 | 11.25 | 29.57 |
| 02/19/2007 | 11:22 | Order | 2 | DDT | B155905 | 9.18 | 20.39 |
| 02/26/2007 | 09:41 | Order | 2 | AFC | B156819 | 5.87 | 14.52 |
| 03/05/2007 | 09:55 | Order | 2 | DDT | B157827 | 6.86 | 7.66 |
| 03/08/2007 | 12:11 | Add | 4 | gmw | D65098 | 20.00 | 27.66 |
| 03/12/2007 | 09:21 | Order | 2 | WLH | B158757 | 7.69 | 19.97 |
| 03/12/2007 | 09:53 | Add | 4 | J | D65222 | 50.00 | 69.97 |
| 03/19/2007 | 10:20 | Order | 2 | DDT | B159906 | 17.26 | 52.71 |
| 03/20/2007 | 11:16 | Credit | 3 | WLH | C18642 | 2.35 | 55.06 |
| 03/26/2007 | 09:41 | Order | 2 | DDT | B160911 | 13.33 | 41.73 |
| 04/02/2007 | 09:44 | Order | 2 | DDT | B161863 | 13.53 | 28.20 |
| 04/09/2007 | 11:33 | Order | 2 | AFC | B162832 | 14.00 | 14.20 |
| 04/10/2007 | 10:40 | Add | 4 | CAR | D66948 | 48.00 | 62.20 |
| 04/11/2007 | 12:30 | Add | 4 | gmw | D67053 | 40.00 | 102.20 |
| 04/13/2007 | 15:45 | Rec Payment | 10 | bsp | J9598 | 1.75 | 100.45 |
| 04/16/2007 | 09:54 | Order | 2 | AFC | B163895 | 21.78 | 78.67 |
| 04/19/2007 | 12:05 | Rec Payment | 10 | bsp | J9651 | 0.75 | 77.92 |
| 04/23/2007 | 11:14 | Order | 2 | DDT | B164953 | 15.78 | 62.14 |
| 04/25/2007 | 12:21 | Add | 4 | CAR | D67879 | 30.00 | 92.14 |
| 04/30/2007 | 09:34 | Order | 2 | DDT | B165824 | 15.44 | 76.70 |
| 05/07/2007 | 09:38 | Order | 2 | DDT | B166831 | 14.17 | 62.53 |
| 05/14/2007 | 09:00 | Order | 2 | DDT | B167729 | 10.32 | 52.21 |
| 05/15/2007 | 10:39 | Credit | 3 | WLH | C19557 | 1.41 | 53.62 |
| 05/15/2007 | 10:40 | Order | 3 | WLH | C19558 | 4.80 | 48.82 |
| 05/17/2007 | 08:57 | Add | 6 | kjg | F29235 | 3.41 | 52.23 |
| 05/21/2007 | 09:10 | Order | 2 | WLH | B168784 | 10.67 | 41.56 |
| 05/25/2007 | 11:59 | Add | 4 | gmw | D69555 | 25.00 | 66.56 |
| 05/28/2007 | 09:22 | Order | 2 | DDT | B169638 | 16.81 | 49.75 |
| 05/29/2007 | 11:22 | Credit | 3 | WLH | C20067 | 1.66 | 51.41 |
| 06/05/2007 | 05:39 | Order | 2 | DDT | B170645 | 18.93 | 32.48 |
| 06/11/2007 | 09:40 | Order | 2 | DDT | B171495 | 11.20 | 21.28 |
| 06/11/2007 | 11:57 | Add | 4 | gmw | D70447 | 20.00 | 41.28 |
| 06/18/2007 | 10:48 | Order | 2 | DDT | B172594 | 16.31 | 24.97 |
| 06/25/2007 | 10:39 | Order | 2 | DDT | B173572 | 13.99 | 10.98 |
| 06/25/2007 | 12:14 | Add | 4 | CAR | D71200 | 20.00 | 30.98 |
| 07/03/2007 | 08:34 | Order | 2 | DDT | B174732 | 9.90 | 21.08 |
| 07/10/2007 | 06:40 | Order | 2 | DDT | B175604 | 11.23 | 9.85 |
| 07/17/2007 | 08:47 | Order | 2 | DDT | B176673 | 9.76 | 0.09 |
| 07/23/2007 | 08:17 | Add | 4 | gmw | D72504 | 20.00 | 20.09 |
| 07/23/2007 | 10:07 | Order | 2 | DDT | B177373 | 9.89 | 10.20 |
| 07/25/2007 | 11:21 | Add | 4 | gmw | D72699 | 20.00 | 30.20 |
| 07/31/2007 | 09:25 | Order | 2 | DDT | B178500 | 13.16 | 17.04 |
| 08/01/2007 | 13:28 | Credit | 11 | WLH | K4937 | 3.26 | 20.30 |
| 08/06/2007 | 11:34 | Add | 4 | gmw | D73352 | 25.00 | 45.30 |
| 08/07/2007 | 08:56 | Order | 2 | WLH | B179283 | 14.41 | 30.89 |
| 08/14/2007 | 11:04 | Order | 2 | DDT | B180460 | 15.74 | 15.15 |
| 08/20/2007 | 11:50 | Add | 4 | SEA | D74160 | 25.00 | 40.15 |
| 08/21/2007 | 11:50 | Order | 2 | DDT | B181443 | 14.85 | 25.30 |
| 08/28/2007 | 10:15 | Order | 2 | DDT | B182350 | 15.19 | 10.11 |