IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) LARRY M SEXTON JR #298313           42 U.S.C § 1983
(plaintiff)
P.O Box 9561 wilm DE. 19809

(1) ERNie Carletti      594703          07-539
(witness)
P.O. Box 9561 wilm DE 19809             (case number)

                                        CIVIL COMPLAINT
VS.
(1) STATE OF DE./H.R.Y.C.I              •• Jury trial  yes

2007 SEP -7 PM 4:12
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. previous Lawsuits: NONE

page one

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES.

A. Is there a prison grievance procedure available at your present institution? <u>yes</u>.

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? <u>yes</u>.

C. If your answer to "B" is <u>yes</u>.
1. <u>What steps did you take</u>? I submitted a grievance "#134205" and told officers twice a day about the ventilation being off.

2. <u>What was the result</u>? I recieved all new clothing and bedding after a week and a half. The vetilation was fixed before my grievance hearing at around 3AM on 8-5-07. The LT. said there was nothing he could do about the nine days of living in hell...

III. <u>DEFENDANTS</u>.
(1). STATE OF DE. / H.R.Y.C.I.

page two

## IV. STATEMENT OF CLAIM.

(1) Total barberic living conditions for nine days. TIMELINE: on 7-21-07 between 11pm-6am the air/ventilation/exhaust was turned off. It was completely off until 7-29-07, around 10 to 10:30pm the ventilation came back on. "THE DAY AFTER I SUBMITTED THE GRIEVANCE" after nine days of tortorous living...

(2) Mildew/unsafe living conditions. For over nine days and beyond everything in my cell and every cell on 1-B pod was damp and mildewed. It began to mildew after about two days. My hair, bedding, towel, washcloth, and all of my clothes were damp and mildewed. It made me sick and I vomitted twice...

(3) No water for about 24 hours. On 7-26-07 at about 4-6am the water was shut off. We had no hygiene at all for about 24 hours. "plus no ventilation" were forced to use the toilet with no water. "3 of us in the cell". The urine/feces sat in the toilet for about a day. Totally inhumane. I was sweating for nine days, dehydrated.

page three

- cont.
was exhausted and fatigued. I've mentally lost it! I now take psycotic medication due to the degrading I was put through...

(4) sleeping on the floor next to a toilet in a cell with three inmates originally designed for one man, with mildew rotting the adhesive under the tiles. Total unnecessary pain and infliction. forced to live on a floor that is deteriorating. mice wake me up at night crawling next to me on the floor getting into my food. "No shelves" in our cell. "no cabinets". no where at all to put or hang our clothes. forced to put commasary on the floor. everything is on the floor...

V. <u>RELIEF</u>

(1) To grant me restitution for my pain and suffering and mental anguish for being forced to live in degrading, barberic living conditions... $500,000.00

I declare under penalty of perjury that the foregoing is true and correct.

signed this 5th day of september 2007

Larry M Sexton Jr

Larry M. Sexton. Jr.
SBI# ...
P.O Box ...
WILMINGTON, DE 19850    SEP 6 2007

Clerk,
U.S. DISTRICT COURT.
Lockbox 18
844. N. King street.
Wilmington DE. 19801.