IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY M. SEXTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-539 *** |
| | ) |
| STATE OF DELAWARE, | ) |
| HRYCI, | ) |
| | ) |
| Defendants. | ) |

RECEIVED OCT 1 6 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Larry M. Sexton, SBI #298313, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $15.17 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _September 21_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ~~███████████~~, 2007.

Date: October 15th 2007

_Larry M Sexton Jr_
Signature of Plaintiff

LARRY SEXTON SR
#298313
P.O. Box 9561.
Wilm. DE.
19809.

* Sent 10-15-07 *

S.M.S.
RR-7

WILMINGTON DE 197
15 OCT 2007 PM 3
USA 41

Office of the clerk.
UNITED STATES DISTRICT COURT
844 N. King St, Lockbox 18
Wilmington DE. 19801-3570

